WILLIAM AUGUSTINE, as Administrator, etc., of BERNARD AUGUSTINE, Deceased, Respondent, v. FRANK MARCHEWKA, Appellant.— Judgment and order affirmed, with costs. All concur, except Hinman, J., dissenting.

LORETTA V. BENNETT, Respondent, v. CHARLES F. MEADE, Appellant.— Judgment and order unanimously affirmed, with costs.

DOROTHY G. FORD, Respondent, v. PERCY C. FORD, Appellant.— Order modified by reducing the allowance to twelve dollars a week, and as so modified unanimously affirmed, without costs, and without prejudice to the right of either party to move for a further modification of the order.

ANNA M. HAYES, an Infant, by PATRICK HAYES, Her Guardian ad Litem, and MARGARET HAYES, Respondents, v. FREDERICK C. CLAESSENS, as Administrator, etc., of CHRISTINA McGOVERN, Deceased, Substituted in Place of the MANUFACTURERS' NATIONAL BANK OF TROY, N. Y., Appellant.— Judgment reversed on the law and facts, with costs, on the authority of *Hayes v. Claessens* (189 App. Div. 449), and judgment directed for the defendant, adjudging the defendant to be the owner of the fund deposited in court under the order of interpleader, and directing its payment to him, with costs. All concur; Hinman, J., not sitting. The court disapproves of finding of fact numbered twenty, and the facts found in conclusions of law numbered two and three; and finds the facts requested to be found in defendant's requests to find numbered tenth, twelfth, thirteenth, fifteenth, sixteenth, seventeenth, eighteenth, twentieth and twenty-second.